W. B. GARRETT v. E. H. TRENT

and

S. W. TURNER v. E. H. TRENT.

(Filed 20 September, 1939.)

**Judgments § 22c—**

It is error for the court to set aside a judgment on the ground of excusable neglect, C. S., 600, in the absence of a finding that defendant has a meritorious defense.

Two cases consolidated. Appeal by plaintiffs from order of *Alley, J.,* at June Term, 1939, of ROCKINGHAM, setting aside judgments on the ground of excusable neglect, C. S., 600.

*Sharp & Sharp and Joe W. Garrett for plaintiffs, appellants.*
*Glidewell & Glidewell for defendant, appellee.*

PER CURIAM. There is an absence of any finding of the fact by the court that the defendant had meritorious defenses, and for this reason the judgments should not have been set aside. *Cahoon v. Brinkley,* 176 N. C., 5; *Hooks v. Neighbors,* 211 N. C., 382.

Reversed.